RECEIVED
IN LAKE CHARLES, LA
JAN 25 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JEFFERSON WAYNE GILL | : | DOCKET NO. 2:05-cv-1791 |
| VS. | : | JUDGE TRIMBLE |
| EMIL GRIFFIN, ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that this civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and as failing to state a claim upon which relief may be granted under 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 25th day of _____, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE